No. 79–6631. GLEASON *v.* WYSE, YOUTH CENTER SUPER-INTENDENT, ET AL. C. A. 1st Cir. Certiorari denied.

No. 79–6632. AMATO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79–6633. MATHIS *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 79–6635. ROSS *v.* FAIRFAX COUNTY GOVERNMENT ET AL. C. A. 4th Cir. Certiorari denied.

No. 79–6638. YOUNG, AKA CLOUDY *v.* SYDOW, CAPTAIN, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 79–6640. RAHMAN, AKA McGEE *v.* KOEHLER, WAR-DEN. C. A. 6th Cir. Certiorari denied.

No. 79–6641. CORBETT *v.* BORDENKIRCHER, PENITENTIARY SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 79–6642. McKINLEY *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 79–6643. FINKLEY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79–6644. CARTE *v.* PERINI, CORRECTIONAL SUPERIN-TENDENT. C. A. 6th Cir. Certiorari denied.

No. 79–6645. JOHNSON *v.* NUNES ET AL. C. A. 1st Cir. Certiorari denied.

No. 79–6647. McFARLAND *v.* IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 79–6649. COLOMBANI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.